| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>In re:<br><br>77-79 RIVINGTON STREET REALTY LLC,<br><br>                              Debtor.<br>-------------------------------------------------------------x<br>77-79 RIVINGTON STREET REALTY LLC.,<br><br>                              Plaintiff,<br><br>  -against-<br><br>LE.S. RIVINGTON REALTY LLC,<br><br>                              Defendants.<br>-------------------------------------------------------------X | Hearing Date and Time:<br>December 11, 2014 @ 10:00 a.m.<br><br>Chapter 11<br><br>Case No. 14-10339 (SCC)<br><br><br><br><br><br>Adversary Proceeding<br>No. 14-02053 (SCC) |

### NOTICE OF HEARING ON THE DEBTOR'S MOTION
### FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Declaration of Zvi Benjamin Zhavian and Local Rule 7056-1(b) Statement of Undisputed Facts, 77-79 Rivington Street Realty LLC will move before the Honorable Shelley C. Chapman at the United States Bankruptcy Court, Courtroom 623, One Bowling Green, New York, New York 10004 on December 11, 2014 at 10:00 a.m. for an order granting summary judgment against the defendant L.E.S. Rivington Realty LLC ("LES Rivington") pursuant to Federal Rule 56 (i) compelling immediate surrender of the commercial premises located at 79 Rivington Street, New York, New York; and (ii) awarding unpaid use and occupancy in the minimum amount of $13,500 through November 30, 2014.

PLEASE TAKE FURTHER NOTICE THAT objections, if any, shall be filed in writing through the Clerk's ECF system, with a copy delivered to Judge Chapman, and served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, so as to be received no later than seven (7) days before the said hearing date.

Dated: New York, New York
October 30, 2014

                GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
                Attorneys for the Debtor
                1501 Broadway, 22nd Floor
                New York, New York 10036
                (212) 221-5700

By: _____
            Kevin J. Nash, Esq.